IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CAROL EDITH PRETTY ON TOP,<br><br>Defendant. | CR 15-47-BLG-SPW<br><br>**ORDER TO VACATE PRELIMINARY HEARING** |

Before the Court is Defendant's Motion to Vacate Preliminary Hearing. (Doc. 47.) Good cause appearing, IT IS HEREBY ORDERED that the Preliminary Hearing presently set for September 26, 2018, at 10:30 a.m. is **VACATED**.

DATED this 25th day of September, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge