IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15-47-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| CAROL EDITH PRETTY ON TOP, | |
| Defendant. | |

Upon the motion of counsel for the Defendant, Carol Edith Pretty On Top, having filed a Motion for Release Pending Revocation Hearing (Doc. 79), and for good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion is **GRANTED**.   The Defendant shall be released from the custody of the U.S. Marshals Service pending the revocation hearing in this matter presently set for July 1, 2020.

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 26th day of May, 2020.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1